# UNITED STATES DISTRICT COURT
## District of Kansas
(Kansas City Docket)

**UNITED STATES OF AMERICA,**

        Plaintiff,

v.                     CASE NO. 2:26-cr-20009-DDC-ADM

**BRETT ROELANDT,**

        Defendant.

# INDICTMENT

**THE GRAND JURY CHARGES**:

### COUNT ONE
### FORCIBLE ASSAULT INFLICTING BODILY INJURY
### [18 U.S.C. § 111(a)1 and (b)]

On or about December 26, 2025, in the District of Kansas, the defendant,

**BRETT ROELANDT,**

did forcibly assault, resist, oppose, impede, intimidate, and interfere with "L.E.," an employee of the United States Department of Justice, Federal Bureau of Prisons, and a person designated in 18 U.S.C. § 1114, while L.E. was engaged in and on account of the performance of his official duties, and in the commission of the act described above, did inflict bodily injury.

1

In violation of Title 18, United States Code, Sections 111(a) and 111(b).

## COUNT TWO
**FORCIBLE ASSAULT INFLICTING BODILY INJURY**
**[18 U.S.C. § 111(a)1 and (b)]**

On or about December 26, 2025, in the District of Kansas, the defendant,

**BRETT ROELANDT,**

did forcibly assault, resist, oppose, impede, intimidate, and interfere with "C.W.," an employee of the United States Department of Justice, Federal Bureau of Prisons, and a person designated in 18 U.S.C. § 1114, while C.W. was engaged in and on account of the performance of his official duties, and in the commission of the act described above, did inflict bodily injury.

In violation of Title 18, United States Code, Sections 111(a) and 111(b).

A TRUE BILL.

February 11, 2026                              *s/Foreperson*
DATE                                           FOREPERSON OF THE GRAND JURY


RYAN A. KRIEGSHAUSER
UNITED STATES ATTORNEY

By: */s/ Faiza H. Alhambra*
Faiza H. Alhambra
Assistant United States Attorney
District of Kansas
500 State Avenue, Suite 360
Kansas City, Kansas 66101
Ph: (913) 551-6730

Fax: (913) 551-6541
Email: Faiza.alhambra@usdoj.gov
Ks. S. Ct. No. 24525

| |
|---|
| IT IS REQUESTED THAT THE TRIAL BE HELD IN KANSAS CITY, KANSAS |

## **PENALTIES**

**Counts 1-2: Forcible Assault Inflicting Bodily Injury, 18 U.S.C. § 111(a) and 111(b)**

- Punishable by a term of imprisonment of not more than twenty (20) years. 18 U.S.C. § 111(b).

- A term of supervised release of not more than three (3) years. 18 U.S.C. § 3583(b)(2).

- A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).